Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 7, 2021
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALONSO RAMIREZ-CRUZ and <br> IVAN SUBIA <br><br> Defendants. | CASE NO. **CR21-160 JCC** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Possession of Controlled Substances with Intent to Distribute)

On or about August 10, 2021, at Seatac, in King County, within the Western District of Washington, and elsewhere, the defendants, ALONSO RAMIREZ-CRUZ and IVAN SUBIA, did knowingly and intentionally possess with the intent to distribute, and did aid and abet the possession of, with intent to distribute, methamphetamine, heroin, fentanyl, and cocaine, substances controlled under Schedules I and II of Title 21, United States Code, Section 812.

The Grand Jury further alleges that this offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

INDICTMENT
*United States v. Ramirez-Cruz et. al.* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

_____
/s/ Kerry Hatcher, TM
Chief Deputy _____ (Deputy)

CR21 - 163 0TC

The Grand Jury further alleges that this offense involved one kilogram or more of a mixture and substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide.

The Grand Jury further alleges that this offense involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and Title 18, United States Code, Section 2.

## ASSET FORFEITURE ALLEGATION

All of the allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, the defendants ALONSO RAMIREZ-CRUZ and IVAN SUBIA shall each forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with, a third party;
c.  has been placed beyond the jurisdiction of the Court;
d.  has been substantially diminished in value; or,
e.  has been commingled with other property which cannot be divided without difficulty;

//

INDICTMENT
*United States v. Ramirez-Cruz et. al.* - 2

INDICTMENT
*United States v. Ramirez-Cruz et. al.* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: 06 October 2021

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
THOMAS WOODS
Assistant United States Attorney

_____
KRISTINE L. FOERSTER
Assistant United States Attorney

INDICTMENT
*United States v. Ramirez-Cruz et. al.* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970